No. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS

In re Jason Childress,

Movant-Relator

v.

CHARLES A. STEPHENS,

Respondent

MOTION FOR LEAVE TO FILE
PETITIONS FOR WRITS OF HABEAS CORPUS AND MANDAMUS

Pursuant to T.R.A.P. Rule 72.1, Movant-Relator, Jason Childress, respectfully requests leave to file Petitions for Writs of Habeas Corpus and Mandamus, in order to relieve him of the threat of unlawful arrest due to a Capias warrant for failure to appear issued in absence of Due Process, in that Movant was not provided notice of the hearing from which the Capias stems. Further, Movant seeks to compel Respondent to rule on Movant's Motion or Demand for Dismissal, as such a ruling is ministerial and Movant has no adequate remedy at law.

WHEREFORE, Movant respectfully requests that this Court grant leave to file Petitions for Writs of Habeas Corpus and Mandamus.

Respectfully submitted,

/s/: Jason Childress_____
Jason Childress
9141 Gristmill Ct.
Fort Worth, Texas

## CERTIFICATE OF SERVICE

I, Jason Childress, Relator herein, hereby certify that a true and correct copy of this Petition for Writ of Mandamus is being sent on this ___3rd___ day of __August__, 2015 to the following:


Charles A. Stephens
Comal County Court at Law 2
150 N. Seguin, Ste. 301
New Braunfels, Texas 78130

Abigail Whitaker
Comal County District Attorney's Office
Comal County Courthouse Annex
150 N. Seguin Ave. Ste. 307
New Braunfels, Texas 78130

/s/: Jason Childress_____
9141 Gristmill Ct.
Fort Worth, Texas


Submitting on this __3rd__ day of __August__, 2015.